IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40988
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH P. MITCHELL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CR-133-1
- - - - - - - - - -
September 6, 1996

Before HIGGINBOTHAM, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Kenneth P. Mitchell appeals his conviction for possession with intent to distribute cocaine base.  The record is not devoid of evidence that Mitchell intended to distribute the cocaine base.  United States v. Laury, 49 F.3d 145, 151 (5th Cir.), cert. denied, 116 S. Ct. 162 (1995).

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.